# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEREMY EVAN CASSARO,<br><br>    Defendant. | Case 2:24-cr-266-AB<br><br>ORDER OF DETENTION |

    On May 1, 2024, Defendant Jeremy Evan Cassaro made his initial appearance on a local indictment. He was represented by DFPD Claire Kennedy. Defense counsel submitted on the government's request for detention, and the Court ordered Mr. Cassaro permanently detained. This Order memorializes the findings made during the hearing.

    The Court finds that the government is entitled to a detention hearing because the case involves a controlled-substance offense with a statutory maximum of at least ten years. 18 U.S.C. § 3142(f)(1)(C). The Court further finds that the Government is entitled to a rebuttable presumption that no condition or combination of conditions

will reasonably assure the defendant's appearance as required and the safety or any person or the community. 18 U.S.C. § 3142(e)(3)(A).

The Court finds that the defense failed to rebut the presumption, and that no condition or combination of conditions will reasonably assure the safety of any person or the community. The Court has considered: (a) the nature and circumstances of the offense(s) charged; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. 18 U.S.C. § 3142(g). The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

As to risk of danger, the Court makes the following findings: Mr. Cassaro is charged for his involvement in trafficking methamphetamine and fentanyl, and for possession of a firearm in furtherance of the charged drug offenses. He has a lengthy history of prior convictions that includes a prior firearms offense, battery on a domestic partner, and offenses involving obstructing or evading police officers. The Court thus concludes that no condition or combination of conditions will reasonably assure the safety of the community.

IT IS THEREFORE ORDERED that Mr. Cassaro should be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant

is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. 18 U.S.C. § 3142(i).

Dated: May 1, 2024

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE